

MARK CARTON
Attorney at Law   Cal. Bar No. 135717
2130 Fillmore Street #162
San Francisco, Ca. 94115
Tel: 415. 567-5517
Fax: 650. 794-2099
E-Mail: mcarton@earthlink.net

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EXAMGLO USA, a Michigan corporation,<br><br>Plaintiff,<br><br>V.<br><br>BAY MEDICAL COMPANY, INC., a California corporation, BAY MEDICAL COMPANY, INC. dba ONE SOURCE, INC., WILLIE CHANG, an individual, ONE SOURCE, INC., an unknown entity, and DAVID CHANG, an individual, and DOES 1 through 200, inclusive,<br><br>Defendants. | **CIVIL NO.** C 03-04192 WHA ARB<br><br>DECLARATION OF DAVID CHANG APPEARING SPECIALLY IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION TO REMAND AND REQUEST FOR ATTORNEYS' FEES AND EXPENSES<br>;<br><br>Date: December 4, 2003<br>Time: 8:00 AM<br>Judge: Hon. William Alsup |

I, DAVID CHANG do hereby declare as follows:

1. I am a named defendant herein appearing specially for the sole purpose of contesting process, service of process, and jurisdiction. I make this Declaration in support of Defendants' Opposition to Plaintiff's Motion to Remand the current action upon my own personal knowledge except for where so stated, and would testify to the same if called as a witness.

2. I am not an employee, officer, director or shareholder of Bay Medical Company, Inc. ("BMCI") or a person authorized to accept service of process for BMCI. I understand that a process server attempted on both August 15, 2003 and on August 18, 2003 to serve me at the

Page 1 – DECLARATION OF DAVID CHANG IN SUPPORT OF
OPPOSITION TO PLAINTIFF'S MOTION TO REMAND

BMCI office with what I have been told are the Summons and Complaint in the above captioned case.

3. To my knowledge, these two times were the only times that any process server came to the BMCI office to serve me or any of the other defendants in this case. I verified this information by discussing this issue with Willy Chang and with every other person who is employed at BMCI or who is regularly present at its office.

4. I have never been personally served with the Summons and Complaint in the above captioned case at any time by any person.

5. I am not aware of any attempts to serve me at my home by leaving a copy of a summons and complaint with anyone living with me.

6. No person or entity has been served with the Summons and Complaint in the above captioned case on my behalf. I have never received at any time a Summons and Complaint in the above captioned case through the U.S Postal Service whether at the BMCI office, my home, or at any other place.

7. I am not a person who is authorized to accept service of process on behalf of BMCI as provided by Cal. Code of Civil Procedure Section 416.10 and by the Cal. Corporation Code sections cited therein. I have never been served with the Summons and Complaint in the above captioned case on behalf of BMCI or on behalf of One Source, Inc. One Source Inc. has never existed as a corporate entity. The name "One Source Inc." was suggested by plaintiff's former managing agent to Willy Chang for use by Willy Chang in order to supply latex/nitrile gloves to one single customer of his for bulk deliveries of said gloves directly from plaintiff's corporate parent company in Malaysia, KOSSAN LATEX INDUSTRIES, or from its wholly owned subsidiaries, TOP CALIBRE or PERUSAHAAN.

Page 2 – DECLARATION OF DAVID CHANG IN SUPPORT OF
OPPOSITION TO PLAINTIFF'S MOTION TO REMAND

8. I respectfully request that this Court deny Plaintiff's Motion for Remand and Request for Attorney's Fees in the above captioned case.

I make this Declaration under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Date: November 10, 2003

_____
DAVID CHANG
BY SPECIAL APPEARANCE

Page 3 – DECLARATION OF DAVID CHANG IN SUPPORT OF
OPPOSITION TO PLAINTIFF'S MOTION TO REMAND

CASE: *Examglo USA v. Bay Medical Company, Inc.*
USDC ACTION NO: CV 03-04192 EDL ARB

## PROOF OF SERVICE

I am a citizen of the United States. My business address is 333 Market Street, Ste. 3150, San Francisco, California 94105. I am employed in the county of San Francisco where this service occurs. I am over the age of 18 years, and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On the date set forth below, following ordinary business practice, I served a true copy of the foregoing document(s) described as:

**DECLARATION OF DAVID CHANG IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION TO REMAND AND REQUEST FOR ATTORNEYS' FEES**

☐ (BY FAX) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

☒ (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Francisco, California.

☐ (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

☐ (BY OVERNIGHT DELIVERY) I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

**Attys. for Plaintiff, EXAMGLO USA, INC.**

Thomas G. Gehring, Esq.
GEHRING & CURB, INC.
12100 Wilshire Boulevard, Suite 1900
Los Angeles, CA 90025-7120
Tel: (310) 442-4848
Fax: (310) 442-4747

☒ *(Federal)* I declare that I am an attorney of the bar of this court at whose direction the service was made.

Executed on November 13, 2003 at San Francisco, California.

*/s/ Mark Carton*
Mark Carton

Page 4 – DECLARATION OF DAVID CHANG IN SUPPORT OF
OPPOSITION TO PLAINTIFF'S MOTION TO REMAND